IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01224-BNB

SHAWN D. ALLEN,

      Plaintiff,

v.

WARDEN LARRY REID,
WILLIAM RICHTER,
SGT. SCHMUTZLER, and
LT. SHAWNA TROXEL,

      Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

      Plaintiff, Shawn D. Allen, is a prisoner in the custody of the Colorado Department of Corrections at the Centennial Correctional Facility at Cañon City, Colorado. Mr. Allen initiated this action by filing *pro se* a Prisoner Complaint. On June 21, 2007, Mr. Allen filed an amended complaint on the proper Prisoner Complaint form. Mr. Allen asserts constitutional claims pursuant to 42 U.S.C. § 1983.

      The court must construe the amended complaint liberally because Mr. Allen is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Allen will be ordered to file a second amended complaint.

      The court has reviewed Mr. Allen's amended complaint and finds that it is deficient because it is not complete. Instead of including all of the allegations in support

of his claims in the amended complaint, Mr. Allen refers repeatedly to various pages that were attached to the original complaint but are not attached to the amended complaint. He may not do so if he wants the court to consider the allegations contained in the additional pages. Mr. Allen fails to understand that "an amended complaint supercedes the original complaint and renders the original complaint without legal effect." *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Therefore, Mr. Allen will be directed to file a second amended complaint that includes all of the claims and allegations he wishes to have the court consider in this action.

Mr. Allen also has filed a number of motions that are pending. On June 12, 2007, Mr. Allen filed a motion for appointment of counsel and a "Motion for Emergency Transfere [sic]." On June 21, 2007, he filed a "Supplementary Motion to May 2007 Motions, 1983 Civil Complaint, Appointment of Counsel, Emergency Transfere [sic]" and a "Motion to Add New Civil Complaint With Current Action." The motion for appointment of counsel will be denied as premature. Mr. Allen alleges in the motion for an emergency transfer that he has suffered from staff misconduct since 2003 and that he fears additional misconduct as he works on this action. The motion for an emergency transfer will be denied because the situation Mr. Allen describes does not justify the relief requested. The supplementary motion, which relates to the motions for counsel and for an emergency transfer, will be denied for the same reasons. Finally, the "Motion to Add New Civil Complaint With Current Action" will be denied because Plaintiff fails to submit a proposed amended complaint that contains the additional claims he seeks to raise in this action. However, Plaintiff is advised that he may include in the second amended complaint he will be ordered to file all of the claims he wishes to

pursue in this action. Accordingly, it is

ORDERED that Mr. Allen file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Allen, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Allen fails within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that the motion for appointment of counsel filed on June 12, 2007, the "Motion for Emergency Transfere [sic]" filed on June 12, 2007, the "Supplementary Motion to May 2007 Motions, 1983 Civil Complaint, Appointment of Counsel, Emergency Transfere [sic]" filed on June 21, 2007, and the "Motion to Add New Civil Complaint With Current Action" filed on June 21, 2007, are denied.

DATED July 20, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01224-BNB

Shawn D. Allen
Prisoner No. 113014
Centennial Corr. Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on   7/20/07

                                   GREGORY C. LANGHAM, CLERK

                                   By: _____
                                                   Deputy Clerk