IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  07-cv-01224-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

WARDEN LARRY REID, et al.,

Defendants.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe


     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Handwritten Motion to be Apprised of Any Required Attachments (docket no. 41) is DENIED.  There are no required attachments that this court is aware of at this time.  All parties are notified either by U.S. Mail and/or e-notice of all settings, rulings and hearings by this court.

Date: November 30, 2007