IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01224-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

WARDEN LARRY REID, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's "Amendment to Complaint" (Docket No. 51) is denied without prejudice. As plaintiff was advised in December 2007 in his other pending action (see Civil Action No. 07-cv-01225-WDM-MJW, Docket No. 37, Minute Order of December 20, 2007), he must file a proposed Amended Complaint along with his motion.

Date: March 31, 2008