IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01224-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

SGT SCHMUTZLER,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's motion for Extension to File Dispositive Motion (Docket No. 112) and the defendant's Motion to Extend Dispositive Motions Deadline (Docket No. 114) are **granted**, and the dispositive motion deadline is extended up to and including April 16, 2009. It is further

**ORDERED** that the plaintiff's Motion for Sworn Affidavit (Docket No. 111) is denied, finding no basis in law for the court to require a defendant to provide a handwritten account of the incident at issue.

Date: March 12, 2009