IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01224-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

SGT SCHMUTZLER,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to Amend Complaint/Claims and to be Allowed to Submit Such by 6.12.2009 (Docket No. 123) is denied without prejudice.  The deadline for amending pleadings expired over six months ago on November 19, 2008.  (See Docket Nos. 91 and 93 at 5).  Furthermore, plaintiff has not submitted a copy of the proposed Amended Complaint.  Before renewing such motion, plaintiff shall send a copy of any proposed pleading to defense counsel to ascertain whether defendants object to any such amendments and shall advise the court whether any such motion is unopposed.  Finally, plaintiff is reminded of his obligation to send a copy of any and all motions to defense counsel and to include a certificate of mailing with his motion(s), otherwise such submission(s) will be stricken and not considered by the court.

Date:  May 22, 2009