IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01224-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

SGT SCHMUTZLER,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's motion to have his case manager's name removed from the mailing list (Docket No. 131) is denied.  The court, however, directs the Clerk of Court to update the docket to change the address of the plaintiff's case manager to be the address of the correctional facility at which the plaintiff is currently being housed.  It is further

**ORDERED** that the remainder of the plaintiff's motion concerning submission of missing pages or claims for another civil action is stricken.  Plaintiff must file such request/motion/response separately in the other civil action.  Plaintiff shall not combine responses and/or requests for relief for different civil actions into one document and expect the court to sift them out and file them separately.

Date: June 19, 2009