IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01224-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

SGT SCHMUTZLER,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** defendants' Motion for Leave to Supplement Defendant's Reply to Plaintiff's Response to the Motion for Summary Judgment (Docket No. # 136) with Additional Affidavit **(Docket No. 138)** is **granted**.  The Affidavit of Anna Cooper (Docket No. 138-2) shall be considered by the court along with defendant's Reply.

It is further **ORDERED** that Defendant's Motion to Withdraw Motion to Vacate and Re-Set the Final Pre-trial Conference Set for July 20, 2009 (Docket # 134) **(Docket No. 139)** is **granted**, and thus Defendant's Motion to Vacate and Re-set the Final Pre-trial Conference Set for July 20, 2009 **(Docket No. 134)** is **deemed withdrawn**.  **The Final Pre-trial Conference thus remains set for July 29, 2009, at 9:00 a.m.**

Date: July 7, 2009