IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01224-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

SGT SCHMUTZLER,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion to Order Defendant to Immediately Provide Plaintiff with Her 6/29/2009 Reply Docket # 136 (Docket No. 143) is granted. Defendant shall send plaintiff another copy of his Reply to Plaintiff's Response to Motion for Summary Judgment (Docket No. 136), noting that the Certificate of Service indicates that the Reply was mailed to plaintiff in Canon City, whereas he is now housed in Limon.  It is further

**ORDERED** that plaintiff's request, contained in Docket No. 143, that the court stay its ruling on defendants' Motion for Leave to Supplement Defendant's Reply to Plaitniff's Response to the Motion for Summary Judgment is denied as moot.  (See Docket No. 142).

Date: July 10, 2009