IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01224-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

SGT SCHMUTZLER,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion to Have Legal Assistant Cosner Ordered to Return Legal Notebook Immediately (Docket No. 168) is denied.
Ms. Cosner is not a named defendant in this action, and thus this court does not have jurisdiction to order her to return plaintiff's notebook.

Date: December 1, 2009